UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

JUDGMENT IN A CIVIL CASE

WILBERT WASHINGTON, )
)
              Plaintiff(s), )
)
vs. ) Case No. 21-00587-CV-W-HFS
)
ADVANTAGE METALS RECYCLING, LLC, )
)
             Defendant(s). )
)

____ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ Decision by Court. This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS HEREBY ORDERED** that

Defendant's motion for summary judgment is hereby GRANTED. It is further

**ORDERED** that

This case is hereby dismissed with prejudice.

____September 12, 2023____     ____Paige Wymore-Wynn____
Date                                                         Clerk

Entered on ____September 12, 2023____     ____/s/ Christy Anderson____
                                                            (By) Deputy Clerk